Submitted on record and briefs June 5, reversed July 16, 2003

In the Matter of Lorenzo Nelson,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## LORENZO NELSON,
*Appellant.*

020868461; A119106

72 P3d 1066

Kirkland T. Roberts filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Patrick G. Ward, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals his involuntary civil commitment on the ground that no nonhearsay evidence supports the trial court's conclusion that he suffers from a mental disorder that renders him unable to provide for his basic personal needs. ORS 426.005(1)(d). The state concedes that the evidence in the record is insufficient to meet the requisite "clear and convincing" evidentiary standard. We accept the state's concession that the evidence was insufficient to support appellant's commitment.

Reversed.